UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 Alice A. Mcevoy

| | |
|---|---|
| Case No.: | 14-27201 |
| Hearing Date: | 2/27/2017 |
| Judge: | KAPLAN |
| Chapter: | 7 |

---

Recommended Local Form:        ❏    Followed        ❏    Modified

---

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Donald C. Goins_____, and for good cause shown, it is

ORDERED as follows:

1.    This case is reopened.

2.    ❏    A Trustee shall be appointed.

    ☒    A Trustee shall not be appointed.

3.    ❏    The case shall be immediately reclosed.

    ☒    The case shall be closed within ___30___ days.

    ❏    The case shall be reviewed within _____ days for closing
        eligibility.

4.        Amendment to the schedule(s) noted in the underlying motion shall be filed
        within 14 days of the date of this order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*