

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Alice A. Mcevoy | Case No.:  14-27201<br><br>Chapter:  7<br><br>Judge:  Michael B. Kaplan |

# ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 3/6/2017

CHRISTINE M. GRAVELLE/vpm
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___E/F___ or to the List of Creditors on ___3/1/2017___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 14-27201-MBK
Alice A. Mcevoy                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 06, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2017.
db             #+Alice A. Mcevoy,    30 Shady Oak Street,    Old Bridge, NJ 08857-1434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2017 at the address(es) listed below:
      Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC., AS A SERVICER FOR LSF9
      MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME
      LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER nj.bkecf@fedphe.com
      Brian C. Nicholas    on behalf of Creditor    WELLS FARGO BANK, N.A. bnicholas@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Donald C. Goins     on behalf of Debtor Alice A. Mcevoy dcgoins@yahoo.com,
      G25787@notify.cincompass.com
      Jennifer R. Gorchow    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME
      LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER nj.bkecf@fedphe.com
      John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
      PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
      Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
      Thomas   Orr    tom@torrlaw.com,  Torr@ecf.epiqsystems.com
                                                                   TOTAL: 10